Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 95123
(415) 922-5462 telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
LIANA BELLI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. CR 10-70130 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [Proposed]** |
| | **Order to Continue Hearing** |
| LIANA BELLI | |
| Defendant. | |

The parties, by and through their respective attorneys, Brian Lewis, A.U.S.A. for the United States and Anthony J. Brass for the defendant Liana Belli, hereby stipulate to continue the hearing currently set for April 13, 2010 to April 28, 2010 at 9:30 AM

This is agreed because the parties are not prepared to move forward with a status conference at this time.

*U.S. v. Belli*
Stipulation and Order To Hearing

Wherefore it is stipulated between parties that the sentencing date be continued from April 13, 2010 to April 28, 2010 at 9:30.

SO STIPULATED:

/s/ Anthony Brass                                       April 12, 2010
Anthony J. Brass                                        Date
Attorney for Defendant Liana Belli


/s/Brian Lewis                                          April 12, 2010
Brian Lewis                                             Date
Attorney for United States of America


SO ORDERED:

_____                         / 2 /hn 2 010

HONORABLE BERNARD ZIMMERMAN                             Date
United States Magistrate Judge