1  Anthony J. Brass. (CA Bar No. 173302)
2  3223 Webster Street
   San Francisco, California 95123
3  (415) 922-5462  telephone
4  (415)346-8987 facsimile
   tony@brasslawoffice.com
5
   Attorney for Defendant
6  LIANA BELLI
7



## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. CR 10-70130 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND** [Proposed] |
| | **Order to Continue Hearing** |
| LIANA BELLI<br>Defendant. | |

The parties, by and through their respective attorneys, Brian Lewis, A.U.S.A. for the United States and Anthony J. Brass for the defendant Liana Belli, hereby stipulate to continue the hearing currently set for April 28, 2010 to April 26, 2010 at 9:30 AM

This parties had agreed and previously submitted a stipulation and proposed order and the date on that stipulation was erroneously stated as April 28, 2010 when in fact the agreed upon date between parties was April 26, 2010 at 9:30 AM.

Wherefore it is stipulated between parties that the hearing date be continued from April 28, 2010 to April 26, 2010 at 9:30.

SO STIPULATED:

/s/ Anthony Brass  
Anthony J. Brass  
Attorney for Defendant Liana Belli

April 19, 2010  
Date

/s/Brian Lewis  
Brian Lewis  
Attorney for United States of America

April 19, 2010  
Date

SO ORDERED:

_____  
HONORABLE BERNARD ZIMMERMAN  
United States Magistrate Judge

19 Apr '10  
Date